IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02210-GPG

**RUSSELL CHARLES EVERETT**,
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

      Plaintiff,

v.

**PAR TECHNOLOGY CORP.**,

      Defendant.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.  See D.C.COLO.LCivR 40.1(a).  Accordingly, it is

**ORDERED** that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate**  judge.

DATED October 6, 2015, at Denver, Colorado.

      BY THE COURT:

      S/ Gordon P. Gallagher

      Gordon P. Gallagher
      United States Magistrate Judge